**Sean Eugene BARNETT**

v.

**STATE**

**CR-13-1551**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Santangelo LaFaye FUNDERBURG**

v.

**STATE**

**CR-13-1556**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**J.A.**

v.

**STATE**

**CR-13-1559**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Dana STEGALL**

v.

**STATE**

**CR-13-1561**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**Rebecca Ann WILLIS**

v.

**STATE**

**CR-13-1562**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed